

## Fourth Court of Appeals

### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-20-00428-CR

Jonathan **FRY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B1759
Honorable M. Rex Emerson, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: October 21, 2020

MOTION TO DISMISS GRANTED; DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is signed by both appellant

and his attorney. We grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do not publish